■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK C. YATES, Appellant. [602 NYS2d 249] —Judgment unanimously affirmed. Memorandum: Defendant failed to sustain his burden of proving that the police actively encouraged or induced him to make the sale when he was not predisposed to do so *(see, People v DeGina,* 72 NY2d 768). The record supports the court's finding that the police conduct merely afforded defendant the opportunity to commit the crime *(see, People v Calvano,* 30 NY2d 199). Additionally, the People sustained their burden of showing that there was no agency relationship *(see, People v Roche,* 45 NY2d 78, *cert denied* 439 US 958). Defendant was previously acquainted with the supplier, obtained the drugs on credit, and, according to the testimony of the police officers, expressly credited by the court, made $100 on the transaction *(see, People v Simpson,* 85 AD2d 306, 310; *People v Gonzales,* 66 AD2d 828). (Appeal from Judgment of Jefferson County Court, Clary, J.—Criminal Sale Controlled Substance, 1st Degree.) Present—Denman, P. J., Balio, Lawton, Fallon and Davis, JJ.

■ In the Matter of MARY ANN SCHADT et al., Appellants, v BARBARA WALLACE et al., Respondents.(Appeal No. 1.) [603 NYS2d 781] —Order unanimously affirmed without costs. Memorandum: We affirm for the reasons stated in *Matter of Ehle v Wallace* (195 AD2d 1086). We have reviewed petitioners' remaining contentions and find them to be without merit. (Appeal from Order of Supreme Court, Onondaga County, Pooler, J.—Election Law.) Present—Callahan, J. P., Lawton, Fallon, Boomer and Boehm, JJ. (Filed Aug. 20, 1993.)

■ In the Matter of MARY ANN SCHADT et al., Appellants, v BARBARA WALLACE et al., Respondents. (Appeal No. 2.) [603 NYS2d 781] —Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Onondaga County, Pooler, J.—Election Law.) Present—Callahan, J. P., Lawton, Fallon, Boomer and Boehm, JJ. (Filed Aug. 20, 1993.)